# MEMORANDUM DECISIONS.

ANDERSON v. UNITED STATES. (Circuit Court of Appeals, Seventh Circuit. October 28, 1903.) No. 971. In Error to the District Court of the United States for the Northern District of Illinois. Thomas E. Milchrist, for plaintiff in error. S. H. Bethea, for the United States. No opinion. Judgment affirmed.

ANDREWS v. PACIFIC EXP. CO. (Circuit Court of Appeals, Fifth Circuit. January 5, 1904.) No. 1,236. In Error to the Circuit Court of the United States for the Eastern District of Texas. T. P. Young, for plaintiff in error. J. M. McCormick, for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. We find no reversible error in the record, and we concur in the result. The judgment of the Circuit Court is affirmed.

ASSYRIAN ASPHALT CO. v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. December 7, 1903.) No. 1,670. Appeal from the Circuit Court of the United States for the District of Utah. James A. Fullenwider, for trustee in bankruptcy of Assyrian Asphalt Co. Joseph Lippman and Pennell Cherrington, for the United States. Dismissed, without costs to either party in this court, on motion of appellee.

BALTIMORE & O. R. CO. v. OLDS. (Circuit Court of Appeals, Seventh Circuit. October 23, 1903.) No. 1,021. In Error to the Circuit Court of the United States for the Northern District of Illinois. James S. Sheean, for plaintiff in error. Jas. C. McShane, for defendant in error. No opinion. Judgment affirmed.

BARTON v. DURBIN. (Circuit Court of Appeals, Fifth Circuit. March 8, 1904.) No. 1,230. In Error to the Circuit Court of the United States for the Northern District of Florida. Alex St. Clair Abrams, for plaintiff in error. J. N. Stripling, W. W. Howe, U. S. Atty., and H. Bisbee, Special U. S. Atty., for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. We have carefully considered the oral arguments, briefs, and record in this case, and find no reversible error. The judgment, therefore, must be affirmed.

B. F. GLOVER & SON et al. v. FITZPATRICK et al. (Circuit Court of Appeals, Eighth Circuit. December 9, 1903.) No. 1,903. In Error to the United States Court of Appeals in the Indian Territory. Charles N. Dohs, for defendants in error. Dismissed, with costs, on motion of defendants in error, pursuant to rule 23 (90 Fed. cxxvii, 31 C. C. A. cxxvii), for failure to print the record.

B. F. GLOVER & SON et al. v. FITZPATRICK et al. (Circuit Court of Appeals, Eighth Circuit. December 9, 1903.) No. 1,926. Appeal from the United States Court of Appeals in the Indian Territory. Charles N. Dohs, for